Carlo Shipping Intl., Inc. v Doumbia (2021 NY Slip Op 50984(U))

[*1]

Carlo Shipping Intl., Inc. v Doumbia

2021 NY Slip Op 50984(U) [73 Misc 3d 132(A)]

Decided on October 20, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on October 20, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., McShan, Hagler, JJ.

570111/21

Carlo Shipping International, Inc.,
Plaintiff-Appellant, 
against
Sekou Doumbia and Central Auto Sales,
Defendants-Respondents.

Plaintiff appeals from an order of the Civil Court of the City of New York, Bronx County
(Naita A. Semaj, J.), entered February 6, 2020, which denied its motion to set aside the verdict
and for a new trial.

Per Curiam.
Order (Naita A. Semaj, J.), entered February 6, 2020, affirmed.
Based upon the evidence presented at the nonjury trial, Civil Court found that plaintiff failed
to establish any basis for liability or damages against defendants for breach of an agreement to
pay the costs of shipping a bus to Dakar, Senegal. Plaintiff then moved for a new trial in the
interest of justice, claiming that its trial counsel relied upon an incorrect document and neglected
to present the correct legal theory. Civil Court denied the motion and this appeal ensued.
We affirm. A legal error or tactical miscalculation by trial counsel, standing alone, will not
ordinarily justify a new trial (see Shafer v Iemma, 184 AD2d 839 [1992]), and we see
nothing in the facts and circumstances of this case which would justify our interference in Civil
Court's exercise of discretion under CPLR 4404(b).
Where a party fails to adequately prepare for trial he is not entitled to another trial (see
Winter v New York Life Ins. Co., 260 App Div 676 [1940], appeal denied 261 App
Div 816 [1941]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: October 20, 2021